UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOAN GREEN,

        Plaintiff,

Hon. Timothy P. Greeley

v

File No. 2:10-cv-328

BIOLIFE PLASMA SERVICES, L.P.,

        Defendant.
_____/

| Jonny L. Waara (P55525) | W. John Stenton (P33467) |
|---|---|
| Petrucelli & Waara, P.C. | Garan Lucow Miller, P.C. |
| Attorney for Plaintiff | Attorney for Defendant |
| P.O. Box AA | 1440 West Ridge Street |
| Iron River, MI 49935 | Marquette, Michigan 49855 |
| Telephone: (906) 265-6173 | Telephone: (906) 226-2524 |
| jonny@truthfinders.com | jstenton@garanlucow.com |

## STIPULATION FOR DISMISSAL

      NOW COME the parties, through their respective counsel, as undersigned, and hereby stipulate that an Order for Dismissal may be entered in this matter as to all claims pending between all parties, said dismissal being with prejudice and without costs.


Dated: March 5, 2012        GARAN LUCOW MILLER, P.C.

        By:_____/s/_____
        W. John Stenton
        1440 W. Ridge Street
        Marquette, MI 49855
        (906) 226-2524
        E-mail: jstenton@garanlucow.com
        ATTORNEYS FOR DEFENDANT


Dated: March 5, 2012        PETRUCELLI & WAARA, P.C.

        By: _____/s/_____
        Jonny L. Waara
        P.O. Box AA
        Iron River, MI 49935
        Telephone: (906) 265-6173
        jonny@truthfinders.com
        ATTORNEYS FOR PLAINTIFF